■ In the Matter of MARCUS JOHNSON, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants.—Judgment unanimously reversed, on the law, and petition dismissed. Memorandum: Special Term was in error

in requiring the State to credit the inmate's account with that amount of pay he did not receive as a result of a disposition at a superintendent's proceeding which was later reversed for procedural defects. Petitioner had no statutory guarantee that he would keep his job in the institutional mess hall *(see, Matter of Cooper v Smith,* 99 AD2d 644, *affd* 63 NY2d 615; *Matter of Duval v Smith,* 50 AD2d 1066; *see also, Matter of Allah v Smith,* 112 AD2d 50). We add only that in seeking back pay petitioner would have to resort to an action in the Court of Claims to recover money from the State *(County of Onondaga v New York State Dept. of Correctional Servs.,* 97 AD2d 957, *affd* 62 NY2d 826; Siegel, NY Prac § 570, at 801). (Appeal from judgment of Supreme Court, Wyoming County, La Mendola, J.—art 78.) Present—Dillon, P. J., Hancock, Jr., Denman, Green and Pine, JJ.